# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

RECEIVED
DEC 10 2019
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

December 10, 2019

**VIA ECF**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/19

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Victor Delgado,**
   **19 Cr. 732 (KMW)**

**MEMO ENDORSED**

Dear Judge Wood:

I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for January 13, 2020. This is the first such request. An adjournment is necessary to allow for the psychological evaluation of Mr. Delgado and for the preparation of a report to submit to the Court in support of our sentencing submission.

I respectfully request an adjournment of approximately 60 days to a date in mid-March that is convenient with the Court and the parties.

*Sentencing is adjourned to March 18, 2020, at 11:00 a.m. Defendant's submission is due by March 4. Government submission is due by March 11.*

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728

CC: AUSA Stephanie Lake

12-11-19
**SO ORDERED:** N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.