UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

VICTOR DELGADO,

                      Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/20_____

19-CR-732 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, March 17, 2020, at 2:00 p.m., is adjourned *sine die*.

    SO ORDERED.

Dated: New York, New York
       March 13, 2020

                                              /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                         United States District Judge