USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 11, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

VICTOR DELGADO,

       Defendant.

--------------------------------------------------------X

19-CR-732 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Pursuant to the Court's sealed Order of May 11, 2020, the Court relieves Defendant's lawyer, Amy Gallicchio, of representing Defendant, and appoints as new counsel for Defendant Daniel McGuinness, the CJA attorney on duty today.   Ms. Gallicchio shall provide new counsel with the file and all documents relevant to this matter.

       SO ORDERED.

Dated: New York, New York
      May 11, 2020
                               _____/s/ Kimba M. Wood_____
                                   KIMBA M. WOOD
                              United States District Judge