UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

      v.                                                          19-CR-732 (KMW)

VICTOR DELGADO,                                **ORDER**

                           Defendant.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On May 22, 2020, the Court received the attached letter from Defendant. Daniel McGuinness, counsel for Defendant, is hereby ordered to respond to Defendant, with a copy to the Court. Defense counsel is requested to send the response to Defendant and file a copy with the Court no later than May 29, 2020.

      SO ORDERED.

Dated: New York, New York
       May 22, 2020                                            /s/ Kimba M. Wood
                                                          KIMBA M. WOOD
                                                     United States District Judge

May 11, 2020

United States
v.                                    Case # 19-CR-732 (KMW)
Victor Delgado

Dear Judge Kimba M. Wood:

Upon Recieving this I hope that it finds you, your loved ones and co-workers in the best of health.

Please forgive me for imposing on you. I know you busy with other matters. I write this letter as a request or more of a plea. And it's my hopes that you can aid me. When I was arrested for the aforementioned offense a few items were confiscated from my Residence. It was my wife's laptop that she uses for work. My cell phone that contains important contacts and some personal documentations. None of these items are criminal and hasn't envolved in any crime.

I have asked my attorney Ms. Amy Gallicchio several times to ask the D.A. when would my property be returned. Till date I haven't heard anything from the D.A.

You Honor, is there any legal documents I must fill out or sign to Retrieve these items? And if there are could you please send them

to me? Also could you please contact the D.A. and ask them why my property hasn't been Released?

My attorney Recently sent you a letter Requesting a hearing by Video. If possible Could you inform me on the status of that video conference?

Can you PLEASE help me?

Thank You!

Mr. Victor Delgado