UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

VICTOR DELGADO,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 723 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/20

KIMBA M. WOOD, District Judge:

    The Court appoints CJA attorney on duty today, Sam A. Schmidt, to assist the defendant in filing a compassionate release motion.

    SO ORDERED.

Dated: New York, New York
         November 12, 2020

                                         /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE