USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/18/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

VICTOR DELGADO,

                           Defendant.

--------------------------------------------------------X

19-CR-732 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On November 12, 2020, CJA counsel was appointed to assist Defendant in preparing a motion for compassionate release. (ECF No. 46.) By May 28, 2021, counsel shall file a letter updating the Court as to the status of that motion.

SO ORDERED.

Dated: New York, New York
       May 18, 2021

                                                  */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                       United States District Judge