UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

VICTOR DELGADO,

      Movant,

-against-

UNITED STATES OF AMERICA,

      Respondent.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___6/7/21_____

21-CV-4864 (KMW)

19-CR-732 (KMW)

**ORDER TO ANSWER, 28 U.S.C. § 2255**

KIMBA M. WOOD, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

On or before August 4, 2021, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion.

On or before September 17, 2021, Movant may file a response. Absent further order, the motion will be considered fully submitted as of September 17, 2021.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: New York, New York
      June 7, 2021

                                                        */s/ Kimba M. Wood*
                                                         KIMBA M. WOOD
                                                  United States District Judge