```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

VICTOR DELGADO,

                  Defendant.
-------------------------------------------------------X

19-CR-732 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court orders that Government Exhibit A to the Government's Memorandum of Law in Opposition to Defendant's Motion for Compassionate Release, ECF No. 66, be filed under seal, because it contains personal information regarding a victim of Defendant's conduct.  The Court orders that Exhibits B and C to the same document be maintained under seal, because they are medical records that contain personal information regarding Defendant.  There is no public interest in reviewing these records, unless the Court relies upon any of them in deciding Defendant's Motion for Compassionate Release.  The Court will consider particularized unsealing of record(s) at that time.

    SO ORDERED.

Dated:  New York, New York
         November 18, 2021

                                                  */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                      United States District Judge